AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Roy PINEDA | ) | Case No.    26-MJ-417 KK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of          January 12, 2026          in the county of          Bernalillo          in the
          District of          New Mexico          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924 | Felon in Possession of a Firearm and ammunition |

This criminal complaint is based on these facts:

See the attached affidavit of ATF TFO Geoffrey Cummings, which is incorporated by reference

☑ Continued on the attached sheet.

*Geoffrey Cummings*
*Complainant's signature*

Geoffrey Cummings ATF Task Force Officer
*Printed name and title*

Telephonically sworn and electronically submitted.

Date:          02/05/2026

*Judge's signature*

City and state:          Albuquerque, New Mexico          Hon. K. Khalsa, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**ROY PINEDA**

      Defendant.

Case No. _____ 26-MJ-417 KK

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Geoffrey Cummings, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Geoffrey Cummings, am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

2. Beginning in 2018, I attended and successfully completed the Bernalillo County Sheriff's Department regional training academy. In 2020, I attended and successfully completed the Albuquerque Police Department training academy. From 2024-2026, I had been a Detective with the Albuquerque Police Department's Impact Task Force. I have attended and completed numerous professional development courses related to criminal investigations. Since 2025, I have been a TFO with the ATF.

3. As a TFO with the ATF, and through my experience as a local law enforcement officer, I have conducted physical surveillance, conducted interviews with victims, witnesses, and defendants. I have served warrants, arrest warrants, and have conducted investigations related to firearms. As a result of my training and experience as an ATF TFO, I submit this affidavit charging Roy PINEDA with a violation of Title 18, United States Code, Sections 922(g)(1) and 924, that being a felon in possession of a firearm and ammunition.

4. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Title 18, United States Code.

5. I am familiar with the information contained in this Affidavit based upon the investigation that I have conducted, on my conversations with other law enforcement officers or industry operations investigators who have engaged in various aspects of this investigation and based upon my review

1

of reports written by other law enforcement officers involved in this investigation. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are relevant to determination of probable cause to support the issuance of the requested warrant. When the statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## SUMMARY OF PROBABLE CAUSE

**January 2026 NM Corrections Department; Probation and Parole Contact with PINEDA**

6. According to police reports, on January 12, 2026, Deputy J. Skrotch (6969) was contacted by New Mexico Probation and Parole Officer Nagel (1801) in reference to an absconder in their custody who was armed with a firearm. Deputies arrived at 3901 LaFayette Dr. NE (The Villa Esperanza Apartments) located in Albuquerque, New Mexico 87107, Bernalillo County.

7. Upon Deputy Skrotch's arrival, he spoke with Probation Officer Nagel who provided a statement to Deputy Skrotch. Probation Officers with the Fugitive Apprehension team were at The Villa Esperanza Apartments, 3901 LaFayette Dr. NE, Albuquerque, NM, 87107, Building 7, Apartment Number 203, conducting a search warrant of a residence. Officer Nagel observed Roy Pineda (PINEDA) riding a motorcycle into the parking lot and then parking it. Officer Nagel noted at that time, PINEDA appeared to be unaware of law enforcement's presence standing outside of the apartment on the landing area.

8. Officer Nagel explained that PINEDA approached the residence and walked up the stairwell toward the apartment. Halfway up the stairwell, PINEDA noticed Officer Nagel and appeared to become very nervous and began to turn around. Officer Nagel asked PINEDA if he was coming to the apartment officers were at or the neighboring apartment as there were only two units. PINEDA observed the open door where officers and detained subjects were located to include a female detained on the landing area. PINEDA stated he was going to the apartment next door and Officer Nagel advised PINEDA to proceed to that apartment.

9. As PINEDA approached and passed Officer Nagel, Officer Nagel recognized PINEDA as someone who his team had previously interacted with and believed PINEDA was on probation. Officer Nagel believed PINEDA was deceptive about the apartment PINEDA intended to enter. Officer Nagel signaled for the Officers within the apartment to come outside and assist him. Officer Nagel watched PINEDA knock very lightly on the neighboring door, which was opened by an occupant who did not appear to recognize PINEDA. PINEDA asked the occupant if someone PINEDA was meeting with was there. The occupant responded not knowing who PINEDA was talking about, and that there was nobody by that name who lived at that apartment. The occupant then quickly shut and locked the door.

10. Officer Nagel then informed PINEDA he was being detained. PINEDA turned toward Officer Nagel and reached into his right coat pocket. Officer Nagel immediately grabbed PINEDA's right wrist and instructed PINEDA to slowly remove his hand from the pocket. PINEDA was noted to

2

have hesitated momentarily, which prompted Officer Nagel to repeat his command. PINEDA then complied and was safely detained.

11. Officer Nagel removed the firearm from PINEDA's right pocket which was a black Springfield Armory Echelon 9mm semi-auto pistol bearing serial number BF491079. Officer Nagel rendered it safe, and secured it within an evidence bag. Officer Nagel noted the pistol did not have a round chamber in the pistol, but it had a loaded magazine totaling 15 rounds of 9mm caliber ammunition within the pistol at the time being rendered safe. Officer Bonsemeyer continued the search of PINEDA and located another pistol magazine loaded with 11 rounds of 9mm caliber ammunition in PINEDA's left pocket. Officer Nagel ultimately secured the pistol and two loaded magazines until Deputies with Bernalillo County Sheriff's Department (BCSO) arrived on scene. Upon Deputies arrival, PINEDA, the pistol, and two loaded magazines were transferred into BCSO's custody.

12. Deputies determined the motorcycle PINEDA was seen arrive on did not have any visible registration plate affixed. Deputies checked the motorcycle's VIN through the National Crime Information Center (NCIC), which returned as stolen (NIC/V437196274) by the originating agency, La Plata Sheriff's Office (OCA/S25-24469).

13. Deputies also ran the pistol seized by Officer Nagel through NCIC, which returned as stolen (NIC/G756678624) by the originating agency, Albuquerque Police Department (OCA/250095366). Deputies checked PINEDA through NCIC, which resulted in three active warrants for PINEDA's arrest (D-202-CR-2024-01517, D-202-CR-2024-01912, and D-202-CR-02733).

14. Deputy Skrotch read PINEDA his Miranda Rights, and PINEDA stated that he understood those rights. PINEDA admitted to Deputy Skrotch that he knew he was a convicted felon, and that he was just convicted approximately six (6) weeks prior. PINEDA also admitted to possessing the pistol on his person in his right coat pocket. PINEDA informed Deputy Skrotch he purchased the pistol "off the streets" for $400. PINEDA hoped the pistol was not stolen and did not know if it was, but that it was a gun from the streets. Deputy Skrotch noted that guns sold on the streets are often stolen and used in the commission of crimes. Deputy Skrotch also noted any reasonable person buying a gun off the "streets" would believe the gun may be stolen.

15. Deputy Skrotch noted PINEDA was a convicted felon within the last ten years in several cases, and three were in active probation status.

16. PINEDA was ultimately arrested by Deputy Skrotch for multiple felony warrants, and he charged PINEDA with felon in possession of a firearm, receiving transferring stolen motor vehicle, and receiving a stolen firearm.

17. On January 22, 2026, I retrieved the firearm, magazines, and ammunition from the Albuquerque Police Department's (APD) crime lab. I examined the firearm and determined it to be a black Springfield Armory, model Echelon, 9x19mm caliber pistol with serial number BF491079. I also examined the ammunition, which totaled twenty-six (26) rounds of mixed brand 9mm caliber ammunition that was unloaded from the magazines by officers during PINEDA's arrest.

3

## Criminal History of PINEDA

18. I reviewed court records associated with the above-referenced case and confirmed PINEDA had been previously convicted of the following felonies:

1. Arrest Date: February 26, 1998
   - Court Case: D-1314-CR-199800070
   - Jurisdiction: State of New Mexico, County of Valencia
   - Shooting at Occupied Dwelling: Fourth Degree (Felony)
   - Disposition: Guilty

2. Arrest Date: August 23, 2001
   - Court Case: D-1116-CR-200100786
   - Jurisdiction: State of New Mexico, County of San Juan
   - Commercial Burglary: Fourth Degree (Felony)
   - Disposition: Guilty

3. Arrest Date: July 14, 2005
   - Court Case: D-202-CR-200503127
   - Jurisdiction: State of New Mexico, County of Bernalillo
   - Possession of burglary tools: Fourth Degree (Felony)
   - Disposition: Guilty

4. Arrest Date: July 21, 2005
   - Court Case: D-202-CR-200503520
   - Jurisdiction: State of New Mexico, County of Bernalillo
   - Receiving/Transferring Stolen Motor Vehicle: Fourth Degree (Felony)
   - Disposition: Guilty

5. Arrest Date: December 15, 2009
   - Court Case: D-202-CR-200905957
   - Jurisdiction: State of New Mexico, County of Bernalillo
   - Commercial Burglary: Fourth Degree (Felony)
   - Disposition: Guilty

6. Arrest Date: September 01, 2011
   - Court Case: D-202-CR-201105064
   - Jurisdiction: State of New Mexico, County of Bernalillo
   - Agg. Battery HHM GBH: Third Degree (Felony)
   - False Imprisonment: Fourth Degree (Felony)
   - Disposition: Guilty

7. Arrest Date: November 11, 2023
   - Court Case: D-202-CR-202401517
   - Jurisdiction: State of New Mexico, County of Bernalillo

4

- Possession of Firearm by a Felon: Third Degree (Felony)
- Disposition: Guilty

8. Arrest Date: May 09, 2024
    - Court Case: D-202-CR-202401912
    - Jurisdiction: State of New Mexico, County of Bernalillo
    - Possession of Controlled Substance: Fourth Degree (Felony)
    - Disposition: Guilty

9. Arrest Date: August 07, 2024
    - Court Case: D-202-CR-202402733
    - Jurisdiction: State of New Mexico, County of Bernalillo
    - Conspiracy to Commit Trafficking (distribution): Third Degree (Felony)
    - Possession of Controlled Substance: Fourth Degree (Felony)
    - Disposition: Guilty

**<u>Interstate Nexus of Firearm</u>**

19. On February 2, 2026, ATF Special Agent (SA) Noeh Mejia, an ATF Certified Interstate Nexus Expert, examined the black Springfield Armory, model Echelon, 9x19mm caliber pistol with serial number BF491079. Based upon his initial examination of the listed firearm, SA Mejia reached a preliminary conclusion that the firearm was not manufactured in the state of New Mexico, and thus, had to travel in interstate commerce in order to arrive in New Mexico. Also, the S&B rounds of ammunition examined were not manufactured in NM, thus also affecting interstate commerce. Furthermore, on January 22, 2026, I test fired the Springfield Armory Echelon 9mm pistol bearing serial number BF491079 with two (2) rounds of 9mm caliber ammunition and determined that it functioned as designed.

## CONCLUSION

20. Based on the foregoing facts, I submit there is probable cause to believe ***Roy Pineda.***, has committed violations of Title 18, United States Code, Sections 922(g)(1) and 924 – that being a felon in possession of a firearm and ammunition, on or about January 12, 2026.

Respectfully submitted,

*Geoffrey Cummings*

Geoffrey Cummings, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Electronically submitted and telephonically sworn, this __5th__ day of February, 2026

The Honorable Kirtan Khalsa
United States Magistrate Judge

6